UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:18-CR-107 |
| | ) | Judge Phillips |
| OSCAR GUEVARA-SALAMANCA | ) | |

## **ORDER**

The government is directed to respond to the pending objections [Doc. 24] to the Presentence Investigation Report ("PSR") on or before May 22, 2019. The sentencing presently set for May 20, 2019 is **RESET** for Monday, June 24, 2019 at 10:30 a.m.

IT IS SO ORDERED.

    s/ Thomas W. Phillips
SENIOR UNITED STATES DISTRICT JUDGE